FILED
MAR 09 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>GUY TRIMBLE,<br><br>Defendant. | Case No. 17CR0556-BEN<br><br>INFORMATION<br><br>Title 18, United States Code, Section 1952 - Violation of the Travel Act; and Title 28, U.S.C., § 2461(c) - Criminal Forfeiture |

The United States charges:

**COUNT 1**
**VIOLATION OF THE TRAVEL ACT**
**18 U.S.C. § 1952**

In or about January 2016, within the Southern District of California and elsewhere, defendant GUY TRIMBLE knowingly used and caused to be used facilities in interstate commerce, that is, electronic mail, with the intent to promote, manage, establish, carry on, distribute the proceeds of, and facilitate the promotion, management, establishment, carrying on, and distribution of the proceeds of an unlawful activity, that is, bribery in violation of California Penal Code Sections 139.3-32 and California Labor Code Section 3215, and, thereafter, promoted and attempted to perform acts to promote, manage, establish, carry on, distribute the proceeds of, and facilitate the promotion, management, establishment, carrying on, and distribution of the proceeds of such

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

FORFEITURE ALLEGATION

Upon conviction of the felony offense alleged in this Information set forth above and pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2, defendant GUY TRIMBLE shall forfeit to the United States any property, real or personal, which constitutes or was derived from proceeds traceable to such violation, including a money judgment in the amount of $28,600.

If any of the above-described forfeited property, as a result of any act or omission of GUY TRIMBLE cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), made applicable herein by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of GUY TRIMBLE up to the value of the property subject to forfeiture.

ALANA ROBINSON
Acting United States Attorney

DATED: March 9, 2017

[signature]
VALERIE H. CHU
Assistant U.S. Attorney